UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Nicole Garcia
24 W. Baltimore St Apt 2
Carlisle PA, 17013

(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 1:24-cv-1787
(to be supplied by Clerk
of the District Court)

v.

Dauphin County for Children and Youth Services

(Enter above the full name of
the defendant(s) in this action)

FILED
HARRISBURG, PA
OCT 18 2024
PER _MA_
DEPUTY CLERK

COMPLAINT

1. The plaintiff __Nicole Garcia__ a citizen of the County of __Cumberland County__ State of Pennsylvania, residing at __24 W. Baltimore apt 2 Carlisle PA 17013__ wishes to file a complaint under __231 PA Code-r 227.3 (IIED)(NIED)__
(give Title No. etc.)
*18 U.S.C. §1201*, 37 PA code 95.239, 10 US code 2482, 2484, 2485, 2488, 18 U.S.C. §241, 5 U.S.C. §552a, 28 U.S.C. § 4101 Title 18, §4304, 02XA CHAPTER 63 TITLE 23

2. The defendant is __Dauphin County* for Children and Youth.__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __Continued—__

3. (CONTINUED) I told the CVS worker that the person that did this is the one who called and reported it. my childs father poisoned me. Yet I was to comply with all the things asked of me. all while they took my kids away for almost a year. I have no record of drugs or reported problems. They never checked on him or his record to show several attempts of SuSide/drugs prior and present yet I lost my kids because No one checked on him.

4. WHEREFORE, plaintiff prays that I lost my world, my kids arn't the same! This is something I didnt See coming, but was, I have to get things back to the way it was, its been impossible. Kids have medical Issues that can't get addressed. There's a negitive energy that follows me around and its not here to help. I'm not getting anywhere because of them (Child Services Agency) AKA Dauphin County.

_Nicole Garcia_
(Signature of Plaintiff)

My kids are not the same who gives them a right to take my kids after I was requesting help my kids father is a bad person and is no longer in our life. He poisned me and I feel sick that day. He fleed and I was sick and knew if he was still here I couldn't leave. He knew it was over and wanted controll. I was on my way to the emergency room and as I was walking out the door here walks up a lady from dauphin County CYS. Can I drug test you? ok I said then they took my kids

There's something wrong with Julians stomach and has a problem with his bM. X Rays of his head show problems since his return to me and no one has and answers of why. there are spaces in the front and back of his head. every time I visited them while in foster care they were quite and Julian was always thirsty and wanted to lay his head on me the whole time. And since he dosen't have any fever they won't check him out any further. He also has a problem talking and eating, which I did get help ~~four~~ for.

Andrew was 2yrs old while in foster care and his foster parents were allowed to spank him? I did not give premission to any one to do so, that short period of time alot went on.
 Andrew also has ongoing health issues inculding a tumor in his neck—.

I am requesting Compensation for all the losses and which has resulted into medical issues and Andrews eating to compensate which has a force to effect his suffering. He definitely can use therapy He angry constantly we need better insurance to get the to right help. Same with Julian all of their medical are not as important as it should be. he has a problem talking due to the shaking that occured during His time with the unfit foster family. I can't pinpoint excatly what they did to ~~~~~ keep him from crying for his mom but they thought they were gonna keep them and so they handled as they were keep them and I was possibly gonna relapse on my Sobar Life they accused me of being a Drug user that I wasn't

My privacy was exploited by an advocate who represents Dauphin County and Children and Youth. I was asked personal questions over the phone by a lady who said she worked for CYS. She then began to ask me questions and I stopped her and said no I will not be participate in this and she said she was trying to build my family tree I said no She and i ended the call She didn't stop there She had my mom's info and called her my mom wasn't informed before hand to Not tell her my info but the lady had already knew I was a No go. My mom helped her with our family tree she then Contacted everyone via facebook to tell them my kids were taken away, and if they could help support me in any way. I did not want these people to know about this issue as i thought this was a mistake in the first. This went too far.

Including my mental health. and they said that since I have mental health issues I can't get my kids back. I still have mental health issues and always will. ADHD and anxiety will be apart of my life forever. Thats not a good reason to keep my kids away from me. At that point that drug test wasn't even the issue because they knew I wasn't a drug addict. they were just going in on me everywhere possible. I went above and beyond to complete each tasks they continued to add to the pile. Many times I wanted to give up because i didn't understand why they would do this to the extent that it went, but 6 court hearings and no kids yet. Thats one reason fell into deeper depression. All negativity from every person at the court table. They only say things to make you hate them all the while it was for no reason. They Kept my parenting certificate. Can i have it back?



My privacy is a big deal to me especially when the evidence was based on false pretenses, so I have the right to decline any service. Court records show that CYS contacted over 60 people family and friends whom all live in California. If I needed any of them to help me I would of called myself and asked! So violating when my family that is here in pennsylvania was helping me during the time of the removing of my kids by dauphin county.

Nicole Garcia
24 W Baltimore, Apt 2
Carlisle, PA 17013

Sylvia H. Rambo United States
Courthouse
1501 N 6th St, Harrisburg PA 17102

